# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 07-00564-TUC-JAS (DTF) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION OF COMPETENCY** |
| Nelson Ayala-Duran, | |
| Defendant. | |

Pursuant to Defendant's counsel motion, the Court ordered a mental competency evaluation on September 8, 2016. (Doc. 123) Thereafter, the defendant was transferred the Federal Bureau of Prison, Metropolitan Correction Center in Las Angeles for evaluation. The Forensic Evaluation Report from this evaluation was received by the Court on December 20, 2016. (Doc. 127) Dr. Johnson, the forensic phycologist who examined the defendant, opined in her report that the defendant was competent to stand trial. (Doc. 127) A hearing was held on January 10, 2017. (Doc. 129) Defendant was present and represented by counsel. Dr. Johnson testified by video conference. Both parties stipulated to Dr. Johnson's qualifications. At the conclusion of Dr. Johnson's testimony, the defendant was given the opportunity to address the court, but he declined. Defense counsel

then conceded that based upon the evidence before the court, the defendant should be found competent. However, defense counsel requested the opportunity to have a local examination after he had time to evaluate the defendant in light of Dr. Johnson's testimony.

Having now considered the entirety of the record, including all written competency evaluations, testimony and all exhibits, the Magistrate Judge recommends that the District Court, after its independent review, find by a preponderance of the evidence that Defendant is competent. This case is now set for Admit/Deny hearing on February 10, 2017 at 9:30 a.m. before the Hon. D. Thomas Ferraro.

Dated this 11th day of January, 2017.

_____
D. Thomas Ferraro
United States Magistrate Judge